# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

NICOLE FREEMAN, as wrongful death representative of Gershun Freeman and next friend of minor child T.F.,

    Plaintiff,

vs.

SHERIFF FLOYD BONNER, Jr., in his individual capacity; CHIEF JAILER KIRK FIELDS, in his individual capacity; and the GOVERNMENT OF SHELBY COUNTY, TENNESSEE,

    Defendants.

Case No.: 2:23-cv-02193-MSN-tmp

## AGREED STIPULATION BY THE PARTIES REGARDING SELECTION OF A MEDIATOR

The Parties, by agreement, stipulate to the selection of Janice Holder, retired Tennessee Supreme Court Justice and current Mediator, as Mediator for this case. Further, Janice Holder agreed to act as mediator in this case.

This 2nd day of January, 2024.

    Respectfully submitted,

    **GLANKLER BROWN, PLLC**
    By: /s/Robert D. Meyers
        Robert D. Meyers (TN #12187)
        Aubrey B. Greer (TN #35613)
        Danielle Rassoul (TN #36911)
        6000 Poplar Ave., Suite 400
        Memphis, Tennessee 38119
        Telephone: (901) 525-1322
        Facsimile: (901) 525-2389
        rmeyers@glankler.com
        agreer@glankler.com
        drassoul@glankler.com

*Attorneys for Defendants, Chief Jailer Fields and Shelby County, Tennessee*

/s/Craig A. Edgington
Brice M. Timmons, Esq. (#29582)
Craig A. Edgington, Esq. (#38205)
Melissa J. Stewart (#40638)
DONATI LAW, PLLC
1545 Union Avenue
Memphis, TN 38104
(901) 278-1004 (Office)
(901) 278-3111 (Fax)
brice@donatilaw.com
craig@donatilaw.com
melissa@donatilaw.com

/s/ Jacob Webster Brown
Jacob Webster Brown (#36404)
Sara Katherine McKinney (#40900)
APPERSON CRUMP, PLC
6000 Poplar Avenue, Suite 150
Memphis, Tennessee 38119
(901) 756-6300 (Office)
(901) 757-1296 (Fax)
jbrown@appersoncrump.com
smckinney@appersoncrump.com

/s/ Benjamin L. Crump
Benjamin L. Crump (#38054)
BEN CRUMP LAW, PLLC
633 Pennsylvania Avenue Northwest,
Second Floor
Washington, D.C. 20004
(800) 859-9999 (Office)
(800) 770-3444 (Fax)

*Attorneys for Plaintiff Nicole Freeman*

/s/Brandy S. Parrish
Allan J. Wade (#4339)
Brandy S. Parrish (#21631)
The Wade Law Firm, PLLC
5051 Poplar Avenue, Suite 1028
Memphis, Tennessee 38157
(901) 322-8005

awade@thewadefirm.com
bparrish@thewadefirm.com

*Attorneys for Sheriff Bonner*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served electronically on the following via the Court's ECF system, this the 2nd day of January, 2024:

Brice M. Timmons, Esq.
Craig A. Edgington, Esq.
Melissa J. Stewart, Esq.
DONATI LAW, PLLC
1545 Union Avenue
Memphis, TN  38104

Jacob Webster Brown, Esq.
Sara Katherine McKinney, Esq.
APPERSON CRUMP, PLC
6000 Poplar Avenue, Suite 150
Memphis, Tennessee 38119

Benjamin L. Crump
BEN CRUMP LAW, PLLC
633 Pennsylvania Avenue Northwest,
Second Floor
Washington, D.C. 20004

Allan J. Wade (#4339)
Brandy S. Parrish (#21631)
THE WADE LAW FIRM, PLLC
5051 Poplar Avenue, Suite 1028
Memphis, Tennessee 38157

/s/Robert D. Meyers

4883-0351-3242, v. 1