IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN SECTION OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| NICOLE FREEMAN, *as wrongful death representative of Gershun Freeman and next friend of minor child* T.F., | ) ) ) ) |
| Plaintiff, | ) ) ) Case No. 2:23-cv-02193 ) JURY DEMAND |
| v. | ) ) |
| SHERIFF FLOYD BONNER, *in his individual capacity*; CHIEF JAILER KIRK FIELDS, *in his individual capacity*; *and* SHELBY COUNTY, TENNESSEE, *a Tennessee municipality*, | ) ) ) ) ) ) |
| Defendants. | ) |

### ORDER APPROVING STIPULATIONS AND DENYING MOTION TO STRIKE AMENDED COMPLAINT AS MOOT

Before the Court is Defendant Sheriff Floyd Bonner's ("Defendant") Motion to Strike Third Amended Complaint. ("Motion," ECF No. 63.) Since Defendant filed this Motion, parties entered Joint Stipulations Regarding Plaintiff's Third Amended Complaint, and Motion for Order Approving Same. ("Stipulations," ECF No. 64.) In the Stipulations, parties agree that the Third Amended Complaint, (ECF No. 62), should be stricken without prejudice to Plaintiff seeking leave to file a Third Amended Complaint. (ECF No. 64 at PageID 995.) They also agree that Defendant's Motion should be denied as moot should the Court approve the Stipulation. (*Id.*)

For the reasons stated in the Stipulations and as discussed with parties at the Scheduling Conference, parties' Stipulation is **APPROVED.** The Third Amended Complaint (ECF No. 62)

is **STRICKEN** and Defendant's Motion is **DENIED AS MOOT**.  As stated at the Scheduling Conference, Plaintiff's request to extend the time for her to respond to the Motion to Dismiss remains pending.  (*See* ECF No. 65.)

      **IT IS SO ORDERED**, this 17th day of January, 2024.

                                       *s/ Mark S. Norris*
                                       MARK S. NORRIS
                                       UNITED STATES DISTRICT JUDGE