IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

NICOLE FREEMAN, as wrongful death
Representative of Gershun Freeman and
Next Friend of minor child T.F.,

    Plaintiff,

v.

SHERIFF FLOYD BONNER, in his
individual capacity; CHIEF JAILER KIRK
FIELDS, in his individual capacity; and
SHELBY COUNTY, TENNESSEE,

    Defendants.

Case No.: 2:23-cv-02193
JURY DEMANDED

---

**DEFENDANTS', CHIEF JAILER KIRK FIELDS AND SHELBY COUNTY, TENNESSEE'S, NOTICE OF SERVICE OF THEIR FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF**

---

Notice is hereby given that Defendants, Shelby County, Tennessee and Chief Jailer Kirk Fields ("Defendants"), by and through undersigned counsel of record, served their First Set of Interrogatories and Requests for Production of Documents to Plaintiff upon all counsel of record this 26th day of January, 2024, by delivering a copy via electronic mail.

    Respectfully and jointly submitted,

    **GLANKLER BROWN, PLLC**

    By: /s/Robert D. Meyers
        Robert D. Meyers (TN #12187)
        Aubrey B. Greer (TN #35613)
        6000 Poplar Ave., Suite 400
        Memphis, Tennessee 38119
        Telephone: (901) 525-1322
        Facsimile: (901) 525-2389
        rmeyers@glankler.com
        agreer@glankler.com

*Attorneys for Defendants Chief Jailer Kirk*
*Fields and Shelby County, Tennessee*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served electronically on the following via the Court's ECF system, this the 26th day of January, 2024:

Brice M. Timmons, Esq.
Craig A. Edgington
Melissa Stewart
**DONATI LAW PLLC**
1545 Union Avenue
Memphis, TN 38104

Jacob Webster Brown
Sara McKinney
**APPERSON CRUMP, PIC**
6000 Poplar Avenue, Suite 150
Memphis, TN 38119

ALLAN J. WADE
BRANDY S. PARRISH
**The Wade Law Firm, PLLC**
5050 Poplar Avenue, Suite 1028
Memphis, Tennessee 38157
(901) 322-8005
awade@thewadefirm.com
bparrish@thewadefirm.com

/s/Robert D. Meyers

4861-5088-1435, v. 1