# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| NICOLE FREEMAN, *as wrongful death representative of Gershun Freeman and next friend of minor child* T.F., <br><br> Plaintiff, <br><br> v. <br><br> SHERIFF FLOYD BONNER, *in his individual capacity*; CHIEF JAILER KIRK FIELDS, *in his individual capacity*; *and* SHELBY COUNTY, TENNESSEE, *a Tennessee municipality*, <br><br> Defendants. | Case No. 2:23-cv-02193 <br> JURY DEMAND |

## ORDER DENYING AS MOOT MOTION FOR PROTECTIVE ORDER

Before the Court is Defendant Sheriff Floyd Bonner, Jr.'s ("Defendant") Motion for Protective Order. ("Motion," ECF No. 92.) Defendant seeks a protective order pursuant to Rule 26 of the Federal Rules of Civil Procedure providing that no discovery may be had from him pending this Court's resolution of his Motion to Stay Discovery. (ECF No. 85). In light of the Court's Order Granting in Part and Denying in Part Motion to Stay Discovery, (ECF No. 104), Defendant's Motion is **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 22nd day of July, 2024.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE