# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

NICOLE FREEMAN, *as wrongful death representative of Gershun Freeman and next friend of minor child T.F.*,

    Plaintiff,

v.

Case No. 2:23-cv-02193-MSN-tmp
JURY DEMAND

SHERIFF FLOYD BONNER, *in his individual capacity*; CHIEF JAILER KIRK FIELDS, *in his individual capacity*; *and* SHELBY COUNTY, TENNESSEE, *a Tennessee municipality*,

    Defendants.

## ORDER REFERRING MOTIONS

    Before the Court are Defendant Chief Jailer Kirk Field's Motion to Dismiss (ECF No. 57), Defendant Shelby County Government's Motion to Dismiss (ECF No. 58), Defendant Sheriff Floyd Bonner's Motion to Dismiss (ECF No. 60), and Defendant Shelby County Government's Motion to Quash (ECF No. 101) (collectively, "Motions"). These Motions are hereby **REFERRED** to the United States Chief Magistrate Judge for determination or for proposed findings and recommendations, as appropriate.

    **IT IS SO ORDERED**, this 11th day of October, 2024.

                                      *s/ Mark S. Norris*
                                      MARK S. NORRIS
                                      UNITED STATES DISTRICT JUDGE