UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
*Western Division*
*Office of the Clerk*

| | |
|---|---|
| *Wendy R. Oliver, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U. S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee 38301* |
| *(901) 495-1200* | *(713) 421-9200* |

NOTICE OF SETTING
Before Judge Mark S. Norris, United States District Judge

December 6, 2024

    RE:    **2:23-cv-02193-MSN**
            **Nicole Freeman v. Floyd Bonner, Jr., et al.**

**Dear Sir/Madam:**

A **STATUS CONFERENCE** has been **SET** on **MONDAY, MARCH 24, 2025 at 09:30 AM** before **Judge Mark S. Norris via Microsoft Teams Video Conference.**

**\***The Court will send, via email, to each attorney, an invitation for the conference. Parties shall consult the following for instructions on downloading the proper extensions for their computer:

**Joining a Meeting in Teams**

**Joining a Meeting Without a Teams Account**

If you have any questions, please contact the case manager at the telephone number or email address provided below.

        Sincerely,
        WENDY R. OLIVER, CLERK
          BY: *s/Zandra Frazier*
          Zandra Frazier, Case Manager
          901-495-1277
          zandra_frazier@tnwd.uscourts.gov