# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN SECTION OF TENNESSEE
# WESTERN DIVISION

NICOLE FREEMAN, *as wrongful death representative of Gershun Freeman and next friend of minor child* T.F.,

    Plaintiff,

v.

SHERIFF FLOYD BONNER, *in his individual capacity*; CHIEF JAILER KIRK FIELDS, *in his individual capacity*; *and* SHELBY COUNTY, TENNESSEE, *a Tennessee municipality*,

    Defendants.

Case No. 2:23-CV-02193
JURY DEMAND

## FIRST AMENDED SCHEDULING ORDER

Pursuant to the Court's Order (ECF No. 118) granting Defendant Sheriff Floyd Bonner, Jr's Unopposed Motion for Status Conference to Address Discovery Deadlines (ECF No. 116) and Response in Support (ECF No. 117) filed by Defendant Kirk Fields and Shelby County, Tennessee, a scheduling conference was held on December 6, 2024, via Microsoft Teams. Present at the conference were Brice M. Timmons, Craig A. Edgington, Sara K. McKinney, William R. Faulk, and Brook Cluse for the Plaintiff; Brady S. Parrish for Defendant Sheriff Floyd Bonner, Jr.; and Robert D. Meyers for Defendants Kirk Fields and Shelby County, Tennessee. The parties conferred and addressed amendments to the scheduling order in light of the discovery stay. The parties conferred and proposed modifications to the deadlines outlined in this order. The deadlines are as follows:

**INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)**: Complete

**MOTIONS TO JOIN PARTIES**: Complete

**MOTIONS TO AMEND PLEADINGS**: Complete

**MOTION TO DISMISS**: Complete

**ALTERNATIVE DISPUTE RESOLUTION:**

    **(a)**   **ADR DEADLINE PURSUANT TO ADR PLAN RULE 4.3(a):**
          October 16, 2024

    **(b)**   **SELECTION OF MEDIATOR PURSUANT TO ADR PLAN RULE 5.4(c)2:**

          **STIPULATION FILING DATE:** Complete

**COMPLETING ALL FACT DISCOVERY**: 120 days after entry of order on motions to dismiss filed by Defendants Bonner, Fields, and Shelby County (ECF Nos. 60, 57, and 58)

    **(a)**   **WRITTEN DISCOVERY:** 90 days after entry of order on motions to dismiss filed by Defendants Bonner, Fields, and Shelby County (ECF Nos. 60, 57, and 58)

    **(b)**   **FACT WITNESS DEPOSITIONS**: 120 days after entry of order on motions to dismiss filed by Defendants Bonner, Fields, and Shelby County (ECF Nos. 60, 57, and 58)

    **(c)**   **EXPERT WITNESS DISCLOSURES PURSUANT TO FED.R.CIV. P.26(a)(2)**

        **(1)**   **DISCLOSURE OF PLAINTIFF'S (OR PARTY WITH BURDEN OF PROOF) RULE 26(a)(2) EXPERT INFORMATION**: 60 days after entry of order on motions to dismiss filed by Defendants Bonner, Fields, and Shelby County (ECF Nos. 60, 57, and 58).

        **(2)**   **DISCLOSURE OF DEFENDANT'S RULE 26 (a)(2) EXPERT INFORMATION:** 90 days after entry of order on motions to dismiss filed by Defendants Bonner, Fields, and Shelby County (ECF Nos. 60, 57, and 58).

        **(3)**   **EXPERT WITNESS DEPOSITIONS**: 134 days after entry of order on motions to dismiss filed by Defendants Bonner, Fields, and Shelby County (ECF Nos. 60, 57, and 58)

**SUPPLEMENTATION UNDER RULE 26(e)(1):** 120 days after entry of order on motions to dismiss filed by Defendants Bonner, Fields, and Shelby County (ECF Nos. 60, 57, and 58)

**MOTIONS TO EXCLUDE EXPERTS UNDER F.R.E. 702/DAUBERT MOTIONS**:
90 days before trial

**FILING DISPOSITIVE MOTIONS**:  90 days before trial

**STATUS CONFERENCE:**  This case is set for a Status Conference via Microsoft Teams on March 24, 2025, at 9:30 AM, at which time the Court will set deadlines for the Jury Trial, Pretrial Conference, and the due date for the Joint Proposed Pretrial Order.

*All other deadlines and requirements not set forth above shall remain as previously ordered.  This order has been entered after consultation with the parties.  Absent good cause shown, the deadlines set by this order will not be modified or extended.*

**IT IS SO ORDERED**, this 6th day of December, 2024.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE