IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN SECTION OF TENNESSEE
WESTERN SECTION

| | |
|---|---|
| NICOLE FREEMAN, as wrongful death representative of Gershun Freeman and next friend of minor child T.F., <br><br> *PLAINTIFF*, <br><br> v. <br><br> SHERIFF FLOYD BONNER, in his individual capacity; CHIEF JAILER KIRK FIELDS, in his individual capacity; and SHELBY COUNTY, TENNESSEE, a Tennessee Municipality, <br><br> *Defendants*. | Case No. 2:23-cv-02193-MSN-tmp <br><br><br> **JURY DEMANDED** |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

**COMES NOW** William R. Faulk (hereinafter Mr. Faulk) of Apperson Crump, PLC, 6000 Poplar Ave., Ste. 150, Memphis, TN 38119, and hereby files his *Motion to Withdraw as Counsel* in the above titled action and moves this Honorable Court for entry of an Order allowing Mr. Faulk to Withdraw as Counsel for Plaintiff, Nicole Freeman, as wrongful death representative of Gershun Freeman and next friend of minor child T.F.  In support of his Motion to Withdraw as Counsel, Mr. Faulk states as follows:

1. Mr. Faulk, as an attorney with Apperson Crump, PLC, represented the Plaintiff in this cause of action.

2. Mr. Faulk has accepted employment with another entity and as such will no longer be employed by Apperson Crump, PLC.

3. Jacob W. Brown and Sara K. McKinney, also of Apperson Crump, PLC will be remaining on the matter and will continue to represent the Plaintiff.

4. No party will be prejudiced by the granting of this motion.

WHEREFORE, PREMISES CONSIDERED, William R. Faulk requests this Honorable Court grant him leave to withdraw as counsel of record for the Plaintiff.

Respectfully submitted on this the 21st day of March, 2025.

> BY: */s/ William R. Faulk*
> William R. Faulk (39566)
> APPERSON CRUMP, PLC
> 6000 Poplar Ave., Ste. 150
> Memphis, TN 38119
> Tel.:  (901) 756-6300
> Fax:   (901) 757-1296
> wfaulk@appersoncrump.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been served upon all parties to this action through this Court's ECF filing system this 21st day of March, 2025.

*/s/ William R. Faulk*

### CERTIFICATE OF CONSULTATION

I HEREBY CERTIFY that consultation with each of Defendants' attorneys occurred on March 12, 2025 via telephone call, and no Defendant had issues with the relief herein sought.

*/s/ William R. Faulk*