**IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS**

| | |
|---|---|
| **NICOLE FREEMAN, as wrongful death representative of Gershun Freeman and next friend of minor child T.F.,** ) ) ) | **Case No. 2:23-cv-02193-MSN-tmp** |
| ) | |
| **PLAINTIFF,** ) | **COMPLAINT FOR VIOLATIONS OF THE CIVIL RIGHTS ACT OF 1871, 42** |
| ) | **U.S.C. § 1983, and THE AMERICANS** |
| ) | **WITH DISABILITIES ACT OF 1990** |
| **v.** ) | |
| ) | |
| **SHERIFF FLOYD BONNER, Jr., in his individual capacity; CHIEF JAILER KIRK FIELDS, in his individual capacity; and the GOVERNMENT OF SHELBY COUNTY, TENNESSEE,** ) ) ) ) ) | **JURY TRIAL DEMANDED PURSUANT TO FED. R. CIV. PRO. 38(a) & (b)** |
| ) | |
| **DEFENDANTS.** ) | |

---

### NOTICE OF CHANGE OF FIRM AFFILIATION

---

COME NOW Attorneys Craig A. Edgington and Brice M. Timmons and announce to this Court and all attorneys of record in this matter their change affirm affiliation. Attorneys Edgington and Timmons have now formed their own firm, and their contact information is as follows:

**Timmons Edgington, PLLC**
5747 Nanjack Circle, PMB 238
Memphis, Tennessee 38115
Tel. (901) 356-8269
craig@timmonsedgington.com
brice@timmonsedgington.com

[Signature block on following page]

Respectfully submitted,

*/s/Craig A. Edgington*
Craig A. Edgington (TN Bar #38205)
Brice M. Timmons  (TN Bar #29582)
**Timmons Edgington, PLLC**
5747 Nanjack Circle, PMB 238
Memphis, Tennessee  38115
Tel. (901) 356-8269
craig@timmonsedgington.com
brice@timmonsedgington.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been served on all parties in this action via this court's ECF filing system on this 4th day of August 2026.

*ls/Craig A. Edgington*